**Order entered May 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00133-CV

## IN THE INTEREST OF M.H. AND T.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-26862**

## ORDER

On the request of court reporter Glenda E. Finkley, we extended the deadline for filing the reporter's record to May 10, 2019. Despite the extension, the record has not been filed. Accordingly, we **ORDER** Ms. Finkley file the reporter's record **no later than June 10, 2019**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/     BILL WHITEHILL
      JUSTICE